IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

                                      JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                      15-cv-739-jdp

v.

DEPUTY N. KANDIS, SGT. ALSAKER,
DANE COUNTY JAIL
ADMINISTRATOR, STEVEN
PFEIFFER, BOSTON STORE, ISMAEL
R. OZANNE and SHELLY J. RUSCH,

    Defendants.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

    /s/                                                                     1/7/2016

Peter Oppeneer, Clerk of Court                         Date